**No. 10-9176. Mark Burdett, Petitioner v. Ramon Reynoso, et al.**

564 U.S. 1005, 131 S. Ct. 2990, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4481.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 276.